**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                                                           Case No. 16-20732-7

CHARLES B. RIZZO,

    Defendant.
                                                             /

**ORDER GRANTING MOTION TO REVOKE BOND**

Before the court is the Government's motion to revoke Defendant Charles B. Rizzo's bond. (Dkt. #151.) The court held a hearing on January 11, 2018 and continued the hearing to February 8, 2018. For the reasons stated on the record, the motion to revoke bond is GRANTED. Defendant is directed to surrender to the U.S. Marshal Service in Detroit by 12:00pm on Tuesday, February 13, 2018.

                                                  s/Robert H. Cleland              /
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: February 16, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 16, 2018, by electronic and/or ordinary mail.

                                                  s/Lisa Wagner                 /
                                                Case Manager and Deputy Clerk
                                                (810) 292-6522